UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STALYN SIGUENZA CHAVEZ,

Petitioner,

v.

KENNETH GENALO, New York Field Office Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, U.S. Attorney General,

Respondent.

26-cv-6978 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Before the Court is Petitioner's motion for a Temporary Restraining Order enjoining Respondents from transferring Petitioner from New York or removing Petitioner from the United States pending the Court's consideration of Petitioner's petition for a writ of habeas corpus. Upon due consideration of Petitioner's motion, the Court hereby orders that Respondents are enjoined from transferring Petitioner from New York or removing Petitioner from the United States. No security is required. This Order shall remain in place until August 20, 2026, at 12 pm.

Respondents shall submit opposition to Petitioner's motion no later than August 18, 2026, at 5 pm. The parties are directed to

appear before the Court on August 19, 2026, at 4 pm in Courtroom 14B.

SO ORDERED.

Dated: New York, NY

August 15, 2026 — 1:30 p.m.

JED S. RAKOFF, U.S.D.J. (Part I)