UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STALYN SIGUENZA CHAVEZ,<br><br>Petitioner,<br><br>- against -<br><br>KENNETH GENALO, *et al.*,<br><br>Respondents. | **No. 26 Civ. 6978 (PAE)**<br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Stalyn Siguenza Chavez brought this habeas action under 28 U.S.C. § 2241 on August 15, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), seeking, among other things, an order from this Court requiring that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was located at the Delaney Hall Detention Facility in Newark, New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived. The parties further agree that the Court's injunction staying removal (ECF No. 7) shall remain in place unless and until the transferee court orders otherwise.

New York, New York
August 21, 2026

/s/ Nicholas Pagliara[1]

Nicholas Pagliara, Esq.
340 E. 117th Street, Apt. 5F
New York, New York 10035
Tel. (212) 577-4945
*Attorney for Petitioner*

New York, New York
August 21, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743
*Attorney for Respondents*

SO ORDERED.

HON. PAUL A. ENGELMAYER
United States District Judge

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(c).